UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

HICA EDUCATION LOAN
CORPORATION,

    Plaintiff,

v.                                           5:13cv303-WS

MUSTAFA A. ABUHANIEH,

    Defendant.

_____

## ORDER ADOPTING PARTIES' PROPOSED DISCOVERY SCHEDULE

Before the court is the parties' joint scheduling report (doc. 9). The court having now reviewed the parties' alternative discovery schedule, it is ORDERED:

1. The parties' proposed alternative discovery schedule is hereby ADOPTED.

2. All discovery shall be commenced in time to be completed by March 1, 2014.

3. Potentially dispositive motions, if any, shall be filed by March 15, 2014.

4. Plaintiff's counsel shall advise the court on or before March 1, 2014, whether and when the parties will attend mediation.

DONE AND ORDERED this   14th   day of   November  , 2013.

                                      s/ William Stafford
                                      WILLIAM STAFFORD
                                      SENIOR UNITED STATES DISTRICT JUDGE