# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

HICA EDUCATION LOAN
CORPORATION,

    Plaintiff,

v.                                    5:13cv303-WS

MUSTAFA A. ABUHANIEH,

    Defendant.

_____

## ORDER GRANTING PARTIES' MOTION
## TO DISPENSE WITH MEDIATION

Before the court is the parties' motion to dispense with mediation. The court having reviewed the motion, it is ORDERED:

The parties' motion (doc. 12) to dispense with mediation is GRANTED.

DONE AND ORDERED this __23rd__ day of __January__, 2014.

                    s/ William Stafford
                    WILLIAM STAFFORD
                    SENIOR UNITED STATES DISTRICT JUDGE