U UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

| | | |
|---|---|---|
| HICA EDUCATION LOAN CORPORATION, | § § | |
| Plaintiff, | § § | NO. 5:13-CV-00303-WS-GRJ |
| v. | § § | |
| MUSTAFA A. ABUHANIEH, | § § | |
| Defendant. | § | |

## CONSENT ORDER

In a Joint Motion For Entry of Final Judgments, the parties have represented to the Court that they have reached an agreement for the resolution of this case. Specifically, Defendant, Mustafa A. Abuhanieh has agreed to confess judgment in favor of Plaintiff, HICA Education Loan Corporation as follows: 1. Final judgment in the amount of $76,323.97, together with additional prejudgment interest after March 19, 2014, through the date of this judgment at the rate of $3.21 per day, plus post-judgment interest; 2. A separate final judgment for attorney fees and costs in the amount of $6,000.00.

Accordingly, it is now

**ORDERED**:

1. The Joint Motion for Entry of Final Judgments is **granted**. The Clerk shall enter two final judgments in favor of the plaintiff and against the defendants as follows:

2. Final Judgment awarding Plaintiff $76,323.97, together with additional accrued and unpaid interest after March 19, 2014, through the date of entry of the final judgment at the rate of $3.21 per day. The final judgment shall bear interest from the date of entry of the final judgment until it is paid at a variable rate which is calculated by the

Secretary of the United States Department of Health and Human Services for each calendar quarter and computed by determining the average of the bond equivalent rates for the ninety-one day U.S. Treasury Bills auctioned during the preceding quarter, plus 1.85 percent, rounding this figure up to the nearest 1/8 of 1 percent.

3. A separate Final Judgment awarding Plaintiff $6,000.00 for attorney fees and costs.

4. The Clerk shall terminate all proceedings and close the case.

**DONE AND ORDERED** in Panama City, Florida, this 7th day of April, 2014.

s/ William Stafford
UNITED STATES DISTRICT JUDGE

*Approved and Agreed as to form and content:*

Stephen V. Iglesias
Attorney for Plaintiff

William S. Henry
Attorney for Defendant

Mustafa A. Abuhanieh
Defendant