UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

HICA EDUCATION LOAN
CORPORATION,

    VS                                             CASE NO.  5: 13-CV-00303-WS-GRJ

MUSTAFA A. ABUHANIEH,

**JUDGMENT**

Judgment is awarded in favor of the Plaintiff in the amount of $6,000.00 for attorney fees and costs.

JESSICA J. LYUBLANOVITS
CLERK OF COURT

 April 8, 2014                      s/ David L. Thomas
DATE                                  Deputy Clerk: David Thomas